# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARSHEL SHAWN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-18-0963-F |
| | ) | |
| KRISTY STENSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Marshel Shawn Williams, appearing *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 1983.

Magistrate Judge Shon T. Erwin's Report and Recommendation of November 29, 2018 (doc. no. 10, the Report), recommends the complaint be dismissed for failure to state a claim upon which relief may be granted. The Report advised that any objection to the Report must be filed by December 17, 2018, and that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed in the Report. No objection to the Report has been filed, and no request for an extension of time has been made.[1]

Having reviewed the Report, and with no objection to the Report having been filed, the court finds that it concurs in the recommended rulings as stated in the Report and that no additional discussion is necessary here. The Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, the

---

[1] The copy of the Report which was sent to plaintiff at his record address was returned to the court as undeliverable (marked "Return to Sender," "Unable to Forward"). Doc. no. 11-1.

complaint is **DISMISSED** for failure to state a claim. The dismissal is without prejudice.

IT IS SO ORDERED this 19th day of December, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0963p001.docx